■ GLENFORD MCDONALD, Respondent, v NEW YORK CITY TRANSIT AUTHORITY et al., Appellants, et al., Defendants. [965

NYS2d 123]—Judgment, Supreme Court, New York County (Manuel J. Mendez, J.), entered May 26, 2011, after a jury trial, awarding plaintiff $100,000 for past pain and suffering and $250,000 for future pain and suffering over 29 years, unanimously affirmed, without costs.

The jury's finding that plaintiff sustained a significant limitation of use and permanent consequential limitation of use of a body function or system (*see* Insurance Law § 5102 [d]) is not against the weight of the evidence (*see Cohen v Hallmark Cards*, 45 NY2d 493, 499 [1978]; *Nicastro v Park*, 113 AD2d 129, 132-133 [2d Dept 1985]). The jury award is not excessive (*see Sow v Arias*, 21 AD3d 317 [1st Dept 2005), *lv denied* 5 NY3d 716 [2005]; *Rountree v Manhattan & Bronx Surface Tr. Operating Auth.*, 261 AD2d 324 [1st Dept 1999], *lv denied* 94 NY2d 754 [1999]; *Adams v Romero*, 227 AD2d 292 [1st Dept 1996]). We have reviewed defendants' various challenges to the court's rulings during trial and find them unpreserved or unavailing. Concur—Mazzarelli, J.P., Sweeny, Freedman and Gische, JJ.